IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SYLVIA ESPINOSA as next friend of
PATRICIA ESPINOSA, a minor,

      Plaintiff,

vs.                                          Civ. No. 00-1641 M/WWD

THE ESTATE OF ALFRED FLORES and
ALBUQUERQUE PUBLIC SCHOOLS,

      Defendants.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon Kennedy & Han's Objections To, and Motion to Quash, Subpoena and for Sanctions [docket no. 19]. Movants raise numerous procedural and substantive objections to the Plaintiff's April 6, 2001, subpoena directed to Mary Y.C. Han, Esquire. After reviewing the submissions of counsel, I find that the Motion to Quash is well taken, and that the subpoena in question should be quashed. I decline to accept the Plaintiff/Respondent's invitation to redraft the subpoena into what might be some acceptable form. I do not fault Plaintiff/Respondent for seeking the information in this instance; consequently, no sanctions will be imposed in connection with the subpoena.

**WHEREFORE,**

**IT IS ORDERED** that Kennedy & Han's Motion to Quash Subpoena [docket no. 19] be, and it is hereby granted, and the subpoena in question is quashed.

**IT IS FURTHER ORDERED** that no sanctions shall be imposed against the Plaintiff/Respondent in connection with the instant motion.

_____
UNITED STATES MAGISTRATE JUDGE